JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO JAUREGUI, an individual,<br><br>       Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 20, inclusive<br><br>       Defendants. | Case No. 2:20-cv-09304 MCS (PDx)<br><br>**JUDGMENT** |

    On the stipulation of Plaintiff Alejandro Jauregui ("Plaintiff") and Defendant Ford Motor Company ("Defendant"), and good cause showing, it is hereby ORDERED AND ADJUDGED AS FOLLOWS:

    1.    Plaintiff ALEJANDRO JAUREGUI ("Plaintiff"), will surrender the 2019 Ford Escape, VIN 1FMCU0GDXKUA63916 ("Subject Vehicle"), with clear title, free and clear of all liens and encumbrances, other than any outstanding loan amounts, which Ford will discharge by payment from the proceeds of the settlement that Plaintiff accepts pursuant to this offer. In light of the national pandemic due the Novel Coronavirus (COVID-19), Plaintiff will deliver the subject vehicle to Ford on a date, time and place mutually agreeable no later than 90 days after the entry of Judgment.

2. Ford will pay Plaintiff ALEJANDRO JAUREGUI ("Plaintiff") $34,957.17 for the Subject Vehicle. Ford will pay this amount within seven (7) days after Plaintiff delivers the Subject Vehicle to Ford.

3. In addition Ford Motor Company offers to pay reasonable costs, expenses and attorneys' fees based on actual time expended pursuant to Civil Code section 1794(d), determined by the court to have been reasonably incurred by Plaintiff in connection with the commencement and prosecution of this action.

4. Ford will waive all claims it may have for costs and fees in this action.

5. The Court shall maintain continuing jurisdiction over this action and the parties for the purpose of enforcing this Judgment and for the purpose of enforcing the parties' Settlement Agreement.

**IT IS SO ORDERED**.

Date: January 14, 2021

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE